IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

THOMAS HARTER,

     Appellant,

 v.

Case No. 5D22-1722
LT Case No. 2021-CC-00705-CCA

SENTAGE CORPORATION D/B/A
DENTAL SERVICES GROUP,
BELLEVIEW DENTAL CENTER,
INC., AND ESTATE OF HENRY SWEENY,

     Appellees.
_____/

Decision filed July 3, 2023

Appeal from the County Court
for Marion County,
Lori Cotton, Judge.

Thomas Harter, Ocala, pro se.

Ryan E. Sprechman, of Sprechman &
Fisher, P.A., Miami, for Appellee, Sentage
Corporation D/B/A Dental Services Group.

No Appearance for Remaining Appellees.


PER CURIAM.

     AFFIRMED.


JAY, EISNAUGLE and HARRIS, JJ., concur.